UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THORY TE, | CASE NO. C16-0987JLR |
| Petitioner, | MINUTE ORDER |
| v. | |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

On March 15, 2017, the court received the parties' joint status report regarding Petitioner Thory Te's 28 U.S.C. § 2255 habeas petition. (JSR (Dkt. # 10).) Counsel for the parties inform the court that on March 6, 2017, the Supreme Court issued a decision in *Beckles v. United States*, 580 U.S. --- (2017). (*Id.* at 2.) In light of that Supreme Court decision, the parties agree that Mr. Te should have 14 days from the date of the parties' joint status report to confer with his counsel and decide whether to voluntarily dismiss his

MINUTE ORDER - 1

1 | pending Section 2255 petition. (*Id.*) Accordingly, the court ORDERS Mr. Te to advise
2 | the court no later than March 29, 2017, whether he plans to voluntarily dismiss his
3 | petition.
4 |     Filed and entered this 17th day of March, 2017.

WILLIAM M. MCCOOL
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 2